1  BINGHAM McCUTCHEN LLP
   ALAN R. BERKOWITZ (SBN 50112)
2  DANIEL A. FELDSTEIN (SBN 209364)
   Three Embarcadero Center
3  San Francisco, California 94111-4067
   Telephone: (415) 393-2000
4  Facsimile: (415) 393-2286

5  Attorneys for Petitioner
   NORTHERN CALIFORNIA PAINTING AND
6  FINISHING CONTRACTORS, INC.

7

**RECEIVED**

JUN 2 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**

JUL 0 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                    (OAKLAND)

11

12  NORTHERN CALIFORNIA PAINTING AND          No. C0501977 (WDB)
    FINISHING CONTRACTORS, INC.
13                                            **[PROPOSED] ORDER OF
                                              DISMISSAL WITHOUT PREJUDICE**
14              Petitioner,

         v.

15  DISTRICT COUNCIL NO. 16 OF THE
    INTERNATIONAL UNION OF PAINTERS
16  AND ALLIED TRADES,

17              Respondent.

18

19      The Court does hereby dismisses this action without prejudice pursuant to the provisions

20  of Federal Rules of Civil Procedure 41(a)(1)(i).

21  DATED: July 5, 2005

22

23                            By: _____
                                  Magistrate Judge Wayne D. Brazil
24

25

26

                 [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
                              C-05-01977 (WDB)

cc: WDB, plaintiff